FILED
2011 Jul-11 AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

**ADRIAN THORNTON, an individual,**

**Plaintiff,**

**v.** **Case No.: 4:11-CV-898-VEH**

**LIONHEART FUNDING, LLC, a Corporation,**

**Defendant.**

---

# ORDER

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within thirty (30) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 11th day of July, 2011.

**VIRGINIA EMERSON HOPKINS**
United States District Judge